IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>JILL BROWN, Warden San Quentin State Prison,<br><br>    Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RE-FILE PETITIONER'S EVIDENTIARY HEARING MEMORANDA** |

Petitioner's request for an extension of time to comply with the Court's April 26, 2005 order regarding the re-filing of Petitioner's evidentiary hearing memoranda is granted. Petitioner's replacement briefs shall be filed by May 18, 2005.

IT IS SO ORDERED.

Dated: May 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE