IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE IAN OSBAND, | ) | NO. CIV-S-97-0152 WBS KJM |
| Petitioner, | ) | **CAPITAL CASE** |
| v. | ) | |
| JILL BROWN, Warden, San Quentin State Prison, | ) | **ORDER GRANTING PETITIONER'S UNOPPOSED REQUEST FOR A 20-DAY EXTENSION OF TIME TO SEEK RECONSIDERATION OF THE ORDER FILED MAY 11, 2005 (DOC. 169).** |
| Respondent. | ) | |

Petitioner asks the court to extend by 20 days the time for seeking reconsideration of the order filed May 11, 2005. Under 28 U.S.C. § 636(b) and Local Rule 72-303, any motion for reconsideration must be filed on or before May 25, 2005. Petitioner cites as grounds for granting his request that his lead counsel is no longer working on the case, and that counsel who is far less knowledgeable about the case must prepare the motion. Respondent does not oppose the request. The court finds GOOD CAUSE for extending time. Petitioner's request is GRANTED, such that any motion for reconsideration of the May 11 order shall be filed on or before June 14, 2005.

IT IS SO ORDERED.

Dated: May 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE