IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

JILL BROWN,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

    The status conference set for June 1, 2005 before the undersigned is hereby vacated. A new date will be set after receipt of the parties' motions for reconsideration.

DATED: May 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

osbandsts.vac