IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>                              Petitioner,<br><br>    v.<br><br>JILL BROWN,<br><br>                             Respondent. | **CAPITAL CASE**<br><br>**CIV-S-97-0152 WBS KJM**<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE REQUEST FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER OF MAY 11, 2005** |

       GOOD CAUSE APPEARING, the court grants respondent's request for an enlargement of time of 20 (twenty) days to and including June 14, 2005 to file a request for reconsideration of the Magistrate Judge's order of May 11, 2005 granting in part and denying in part petitioner's motion for an evidentiary hearing.

DATED: May 26, 2005.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE