QUIN DENVIR, Bar #49374
Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>JILL BROWN, Warden, San Quentin State Prison,<br><br>    Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING JOINT REQUEST FOR A SECOND EXTENSION OF TIME TO SEEK RECONSIDERATION OF THE ORDER FILED MAY 11, 2005 (DOC. 169).** |

On June 8, 2005, the parties jointly requested that the Court grant a second extension of time for seeking reconsideration of the order filed March 11, 2005.  Pursuant to the orders filed May 27 and June 1, 2005, motions for reconsideration are currently due to be filed on or before June 14, 2005.  The parties request an additional 30 days.  They cite as grounds the need for Petitioner's counsel to review transcripts and other documents in order to ensure that future proceedings, in addition to the reconsideration motions, can proceed efficiently.  The court finds GOOD CAUSE for extending time.  The parties' request is GRANTED, such that any motion for reconsideration of the March 11 order shall be filed on or before July 14, 2005.

    IT IS SO ORDERED.

Dated: June 13, 2005.

                                                                                                                                                     */s/ signature*
                                                                           UNITED STATES MAGISTRATE JUDGE