IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

        Petitioner,                No. CIV S-97-0152 WBS KJM

    vs.                           DEATH PENALTY CASE

JILL BROWN,
Acting Warden of San Quentin
State Prison,
            Respondent.        ORDER

_____/

        The parties are hereby notified that on July 21, 2005 at 4:00 p.m. the undersigned will hold an ex parte conference with counsel for petitioner regarding petitioner's representation in this proceeding.

DATED:  July 14, 2005.


_____
UNITED STATES MAGISTRATE JUDGE

osbandrepmtg.or

1