IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of San Quentin State Prison,[1]

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

    Petitioner requests an extension of time to file any motion for reconsideration of the court's May 11, 2005 order. Respondent does not oppose the request. Good cause appearing, IT IS HEREBY ORDERED that petitioner's July 13, 2005 motion for an extension of time is granted. Any motion for reconsideration of the court's May 11, 2005 order shall be filed by July 28, 2005.

DATED: July 14, 2005.

    UNITED STATES MAGISTRATE JUDGE

osbandevirecon.or

---

[1] Mr. Stokes is substituted for his predecessor, Jill Brown, as Acting Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

1