IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of San Quentin State Prison,
    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

    Petitioner requests an extension of time to file any motion for reconsideration of the court's May 11, 2005 order. Respondent does not oppose the request. Good cause appearing, petitioner's July 27, 2005 request for an extension of time is granted. Any motion for reconsideration of the court's May 11, 2005 order shall be filed by August 27, 2005.

DATED: July 28, 2005.

    UNITED STATES MAGISTRATE JUDGE

osbandevireconeot.or4