IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,   No. CIV S-97-0152 WBS KJM

    vs.   DEATH PENALTY CASE

JAMES STOKES,
Acting Warden of San Quentin State Prison,
    Respondent.   ORDER
_____/

    Petitioner requests an extension of time to file any motion for reconsideration of the court's May 11, 2005, order. Respondent does not oppose the request. Good cause appearing, petitioner's August 22, 2005, request for extension of time is granted. Any motion for reconsideration of the court's May 11, 2005 order shall be filed by September 2, 2005.

DATED: August 26, 2005.

                                                 UNITED STATES MAGISTRATE JUDGE

osbandevirecon.eot

1