IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

      Petitioner,                No. CIV S-97-0152 WBS KJM

   vs.                            DEATH PENALTY CASE

JAMES STOKES,
Acting Warden of San Quentin
State Prison,

      Respondent.            ORDER

_____/

        Respondent seeks to continue the October 6, 2005 hearing on petitioner's motion for reconsideration. Because respondent also has filed a request that the district court hear petitioner's motion for reconsideration, the undersigned finds good cause to vacate the October 6 hearing date. If petitioner's motion remains with this court, the undersigned will set a new hearing date, when and if necessary.

        Accordingly, respondent's September 13, 2005 request to continue hearing is

/////

/////

/////

/////

/////

1

1 denied and the October 6, 2005 hearing on petitioner's September 2, 2005 motion for
2 reconsideration is hereby vacated.
3 DATED: September 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

9 osband