IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

STEVEN W. ORNOSKI,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

On January 11, 2006 at 10:00 a.m. in courtroom # 26 the undersigned will hold a scheduling conference. Counsel shall be prepared to discuss procedures and a schedule for preparing for and conducting the evidentiary hearing described in the court's May 11 and December 1, 2005 orders.

DATED: December 9, 2005.

UNITED STATES MAGISTRATE JUDGE

osbandevihrgsts.or1