IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,                   No. CIV S-97-0152 WBS KJM

    vs.                              DEATH PENALTY CASE

STEVEN W. ORNOSKI,
 Acting Warden of San Quentin
 State Prison,
    Respondent.                 ORDER
_____/

       Good cause showing, and with the agreement of the parties, the court grants respondent's motion to continue the status conference currently scheduled for 10:00 am. on January 11, 2006. The court further orders that the status conference previously scheduled for January 11, 2006 be calendared for February 1, 2006 at 10:00 a.m. in Courtroom 26. All parties shall be prepared to discuss the matters referenced in this court's previous status conference order.

DATED: January 9, 2006.

                                                       UNITED STATES MAGISTRATE JUDGE

osbandstscontinue.or