IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>STEVEN ORNOSKI, Acting Warden,<br>San Quentin State Prison,<br><br>    Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br><br><br><br><br>**ORDER** |

    Petitioner requests an extension of time for the parties to file the joint statement, see Docs. 243, 245, through March 16, 2006, and for petitioner to submit his proposed budget, through March 31, 2006. Respondent does not oppose the request.

    Good cause appearing, petitioner's requests are granted. The time for filing the parties' joint statement is extended through March 16, 2006, and the time for petitioner to submit his proposed budget is extended through March 31, 2006.

DATED: March 2, 2006.

                                          UNITED STATES MAGISTRATE JUDGE