IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

STEVEN W. ORNOSKI,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

Petitioner moves to vacate portions of the March 21, 2006 scheduling order. Respondent does not oppose the request. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Petitioner's May 9, 2006 Motion to Vacate Part of the Scheduling Order is granted. Paragraph 1 of the March 21, 2006 order is vacated.

2. On June 7, 2006 at 11:00 a.m. the undersigned will hold a status conference to discuss rescheduling preparations for the evidentiary hearing and, possibly, the evidentiary hearing, and to discuss any issues involving the protective order as described in paragraph 3 of the March 21 order.

DATED: May 11, 2006.

                                               UNITED STATES MAGISTRATE JUDGE