IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

STEVEN W. ORNOSKI,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

    The undersigned held a status and scheduling conference on June 7, 2006. Tim Schardl and Tim Brosnan appeared for petitioner. Ward Campbell and Stephanie Mitchell appeared for respondent. After hearing the comments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1. By June 9, 2006, each party shall file two proposed schedules for all pre-evidentiary hearing matters set out in paragraph 1 of the March 21, 2006 order and paragraphs 4 and 5 of the February 6, 2006 order. One proposed schedule shall be based on an evidentiary hearing to begin on November 6, 2006. The second schedule shall be based on an evidentiary hearing to begin on January 16 or 22, 2006.

/////

1

2.  By June 14, 2006, respondent shall submit a proposed protective order reflecting the changes suggested in the parties' May 24, 2006 Joint Statement.

DATED: June 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

osbandpreevists.or