IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT L. AYERS, JR.,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

Good cause appearing, and without opposition from respondent, petitioner's September 13, 2006 request for an extension of time is granted. Petitioner shall have seven additional calendar days to seek reconsideration of the August 30, 2006 order.

DATED: September 19, 2006.

                UNITED STATES MAGISTRATE JUDGE

osbandreconeot.or

1