IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,                       No. CIV S-97-0152 WBS KJM

    vs.                               DEATH PENALTY CASE

ROBERT L. AYERS, JR.,
Acting Warden of San Quentin
State Prison,

    Respondent.                   ORDER

/

        Petitioner requests an extension of time for the parties to file their witness and exhibit lists, and motions in limine. Respondent does not oppose the request.

        Good cause appearing, petitioner's request is granted. The parties' witness and exhibit lists and other evidentiary submissions shall now be filed by November 17, 2006. Motions in Limine shall be filed by December 1, responses by December 15, and replies by December 22, 2006.

DATED: October 26, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

osband eot pretrial filing