IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,               No. CIV S-97-0152 WBS KJM

    vs.                               DEATH PENALTY CASE

ROBERT L. AYERS, JR.,
Acting Warden of San Quentin
State Prison,

    Respondent.            ORDER

_____/

        Respondent seeks authority to file his exhibit/witness list under seal. By November 22, 2006, petitioner shall file a response. While respondent need not file the exhibit/witness list until the sealing issue is resolved, respondent shall provide petitioner a copy of the list by November 17, 2006.

DATED: November 16, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

osbandexhlist.or

1