IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,               No. CIV S-97-0152 WBS KJM

  vs.                       DEATH PENALTY CASE

ROBERT L. AYERS, JR.,
Acting Warden of San Quentin
State Prison,

    Respondent.            ORDER

_____/

        Good cause appearing, and without opposition from respondent, petitioner's November 17, 2006 request for a one-day extension of time to file his exhibit/witness list is granted.

DATED: November 27, 2006.

                                      U.S. MAGISTRATE JUDGE

osbandexhlsteot.or

1