IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE IAN OSBAND, | | |
| | Petitioner, | No. CIV S-97-0152 WBS KJM |
| vs. | | DEATH PENALTY CASE |
| ROBERT L. AYERS, JR.,<br>Acting Warden of San Quentin State Prison, | | |
| | Respondent. | ORDER |

     On January 5, 2007 at 1:00 p.m. the undersigned will hold a telephonic conference. Counsel for both parties shall be prepared to discuss petitioner's December 20, 2006 Supplemental Motion for Discovery and petitioner's December 29, 2006 Request to Modify Scheduling Order.

DATED: January 4, 2007.

_____
U.S. MAGISTRATE JUDGE

osbandtelconf.or

1