DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:   Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
2626 Harrison Street
Oakland, California 94612
Telephone:   510-839-9320

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO FILE DECLARATION UNDER SEAL** |

Pursuant to Local Rule 39-141, Petitioner has requested authorization to file under seal the declarations of Petitioner's counsel in support of a supplemental discovery motion and a request for continuance. The declarations describe documents that could be embarrassing to a non-party witness and that may reveal medical information protected by federal privacy laws. GOOD CAUSE appearing, Petitioner's requests are GRANTED. The Clerk is directed to file under seal the declaration of petitioner's counsel in support of the December 20, 2006 supplemental discovery motion and the declaration of counsel in support of the December 29, 2006 request to modify scheduling order.

Dated: January 4, 2007.

_____
U.S. MAGISTRATE JUDGE