1　DANIEL BRODERICK, Bar #89424
　　Federal Defender
2　TIVON SCHARDL, Fla. Bar #73016
　　Assistant Federal Defender
3　801 I Street, 3rd Floor
　　Sacramento, California 95814
4　Telephone:　916-498-6666
　　E-mail:　　Tim_Schardl@fd.org
5
　　TIM BROSNAN, Bar #75938
6　2626 Harrison Street
　　Oakland, California 94612
7　Telephone:　510-839-9320

8　Attorneys for Petitioner
　　LANCE IAN OSBAND
9

10

11　　　　　　　　　　IN THE UNITED STATES DISTRICT COURT

12　　　　　　　　　FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14　LANCE IAN OSBAND,　　　　　　　　　) 　NO. CIV-S-97-0152 WBS KJM
　　　　　　　　　　　　　　　　　　　　　)
15　　　　　Petitioner,　　　　　　　　　) 　**CAPITAL CASE**
　　　　　　　　　　　　　　　　　　　　　)
16　　　　　v.　　　　　　　　　　　　　　) 　**ORDER AND**
　　　　　　　　　　　　　　　　　　　　　) 　**WRIT OF HABEAS CORPUS AD**
17　WARDEN, San Quentin State Prison,　) 　**TESTIFICANDUM**
　　　　　　　　　　　　　　　　　　　　　)
18　　　　　Respondent.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
19　_____　)

20　　　　　AUBREY RICHEY, CDCR No. F-53405, a necessary and material witness in proceedings

21　in the aforementioned case on January 25, 2007, is confined in the Deuel Vocational Institutional, Tracy,

22　California, in the custody of the Warden, Claude Finn; in order to secure this inmate's attendance it is

23　necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the

24　inmate in Court, 8th Floor, Courtroom #26, United States Courthouse, 501 "I" Street, Sacramento,

25　California on January 25, 2007, at 9:00 a.m.

26　　　　　ACCORDINGLY, IT IS ORDERED that:

27　　　　　1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court,

28　commanding the Warden to produce the inmate named above to testify in United States District Court at

Order & Writ for Aubrey Richey　　　　　　　　　-1-　　　　　　　*Osband v. Warden*, CIV S-97-0152 WBS KJM

1   the time and place above, and from day to day until completion of court proceedings or as ordered by the

2   Court; and thereafter to return the inmate to the above institution;

3          2. The custodian is ordered to notify the Court of any change in custody of this inmate and

4   is ordered to provide the new custodian with a copy of this writ; and

5          3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of

6   habeas corpus ad testificandum on the Out-To-Court Desk, Deuel Vocational Institution, Tracy,

7   California.

8   DATED:      January 4, 2007

9                                                    _____
                                                     U.S. MAGISTRATE JUDGE
10

11            **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

12  **TO:   THE WARDEN OF DEUEL VOCATIONAL INSTITUTION, TRACY, CALIFORNIA:**

13          **WE COMMAND** you to produce the inmate named above to testify before the United

14  States District Court at the time and place above, and from day to day until completion of the proceedings

15  or as ordered by the Court; and thereafter to return the inmate to the above institution.

16          **FURTHER,** you have been ordered to notify the Court of any change in custody of the

17  inmate and have been ordered to provide the new custodian with a copy of this writ.

18  DATED:      January 4, 2007

19                              CLERK, UNITED STATES DISTRICT COURT
                                Eastern District of California
20

21                              _____

22

23

24

25

26

27

28

Order & Writ for Aubrey Richey                    -2-                    *Osband v. Warden,* CIV S-97-0152 WBS KJM