DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:        Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
2626 Harrison Street
Oakland, California 94612
Telephone:   510-839-9320

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | NO. CIV-S-97-0152 WBS KJM |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER EXPANDING RECORD TO INCLUDE DEPOSITION OF JANAK K. MEHTANI, M.D.** |
| Respondent. | |

In its order on Petitioner's motion for evidentiary hearing, the Court granted a limited hearing on Claim 5 of the Amended Petition. The Court directed that testimony would be taken from Janak K. Mehtani, M.D., the psychiatrist whom the trial judge appointed prior to trial for the purpose of evaluating Petitioner's competence. Order filed 5/11/2005 (Doc. 169) at 23. The parties and the Court subsequently agreed that Dr. Mehtani's testimony would be taken by deposition. *See* Order filed 6/14/06 (Doc. 270) at 3:1-3.

After the deposition was taken, Petitioner moved to expand the record with the transcript and the exhibits attached thereto. The State did not object to the transcript and exhibits being made part of the record, on condition that the word "incompetent" on page 86, line 1, be corrected to read "competent," and that the word "irrationally" on page 86, line 14, be corrected to read "rationally." Petitioner initially

1  objected to the correction, then withdrew his objection after the court reporter stated the words had been
2  transcribed incorrectly.
3        With those two corrections, the Court hereby makes the deposition transcript and the
4  exhibits thereto part of the record.
5     IT IS SO ORDERED.
6  Dated: January 5, 2007.

_____
U.S. MAGISTRATE JUDGE