IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT L. AYERS, JR.,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

As directed in the court's January 8 order, petitioner filed supplemental summaries of the testimony of Drs. White and Saxon, W. J. Thomas, Richard Williams, and Leon Wright. Respondent objects to the adequacy of the summaries of the potential testimony of Thomas, Williams, and Wright. Within ten days of the filed date of this order, petitioner shall file a response to respondent's January 12, 2007 objections.

DATED: January 22, 2007.

                      U.S. MAGISTRATE JUDGE

osbandtestsumm.or

1