IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT L. AYERS, JR.,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

As required by the protective order, respondent has redacted protected information from his publicly filed documents. However, the sealed version of respondent's February 9, 2007 Opposition to Petitioner's Brief in Support of Expanding Evidentiary Hearing, filed February 13, 2007, appears identical to the publicly filed version. Within three days of the filed date of this order, respondent shall file under seal any unredacted version of his February 9 Opposition.

DATED: February 21, 2007.

U.S. MAGISTRATE JUDGE

1