IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT L. AYERS, JR.,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

    The evidentiary hearing currently scheduled to begin on April 16, 2007 is continued to April 23, 2007 at 9:00 a.m. in courtroom #26. All other previously scheduled dates shall remain the same.

DATED: March 22, 2007.

U.S. MAGISTRATE JUDGE

osbandevihrgcont.or