1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  TIVON SCHARDL, Fla. Bar #73016
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:    916-498-6666
   E-mail:        Tim_Schardl@fd.org
5
   TIM BROSNAN, Bar #75938
6  2626 Harrison Street
   Oakland, California 94612
7  Telephone:    510-839-9320

8  Attorneys for Petitioner
   LANCE IAN OSBAND
9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  LANCE IAN OSBAND,                    )   NO. CIV-S-97-0152 WBS KJM
                                         )
15       Petitioner,                     )   **CAPITAL CASE**
                                         )
16       v.                              )   **ORDER AND**
                                         )   **WRIT OF HABEAS CORPUS AD**
17  WARDEN, San Quentin State Prison,    )   **TESTIFICANDUM**
                                         )
18       Respondent.                     )
                                         )
19  _____    )

20          AUBREY RICHEY, CDCR No. F-53405, a necessary and material witness in proceedings

21  in the aforementioned case on May 1, 2007, is confined in the Avenal State Prison, Avenal, California, in

22  the custody of the Warden, Kathy Mendoza-Powers; in order to secure this inmate's attendance it is

23  necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the

24  inmate in Court, 8th Floor, Courtroom #26, United States Courthouse, 501 "I" Street, Sacramento,

25  California on May 1, 2007, at 9:00 a.m.

26          ACCORDINGLY, IT IS ORDERED that:

27          1.  A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court,

28  commanding the Warden to produce the inmate named above to testify in United States District Court at

1  the time and place above, and from day to day until completion of court proceedings or as ordered by the

2  Court; and thereafter to return the inmate to the above institution;

3      2.  The custodian is ordered to notify the Court of any change in custody of this inmate and

4  is ordered to provide the new custodian with a copy of this writ; and

5      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of

6  habeas corpus ad testificandum on the Out-To-Court Desk, Avenal State Prison, Avenal, California.

7  DATED:  March 26, 2007.

8

9

10  U.S. MAGISTRATE JUDGE

11

12

13

14

15          **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

16  **TO:    THE WARDEN OF AVENAL STATE PRISON, AVENAL, CALIFORNIA:**

17      **WE COMMAND** you to produce the inmate named above to testify before the United

18  States District Court at the time and place above, and from day to day until completion of the proceedings

19  or as ordered by the Court; and thereafter to return the inmate to the above institution.

20      **FURTHER**, you have been ordered to notify the Court of any change in custody of the

21  inmate and have been ordered to provide the new custodian with a copy of this writ.

22  DATED:

23

24

25

26

27

28

Order & Writ for Aubrey Richey            -2-            *Osband v. Warden*, CIV S-97-0152 WBS KJM