1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LANCE IAN OSBAND,

11              Petitioner,                    No. CIV S-97-0152 WBS KJM

12         vs.                                 DEATH PENALTY CASE

13   ROBERT L. AYERS, JR.,
      Acting Warden of San Quentin
14   State Prison,
                    Respondent.               ORDER
15   _____/

16              On April 5, 2007, the undersigned held a status conference.  Tivon Schardl

17   appeared for petitioner.  Tim Brosnan participated telephonically for petitioner.  Ward Campbell

18   and Stephanie Mitchell appeared for respondent.  The court issued orders from the bench on the

19   subjects raised in both parties' second motions in limine.  The court discussed with counsel

20   respondent's introduction of photos, which was raised originally in the petitioner's first motion in

21   limine, and rulings on this issue were deferred.  In addition, the court raised the issue of the

22   August 10, 2000 protective order's applicability to testimony or evidence introduced at the

23   evidentiary hearing.  It should be clear that the court will not issue a blanket order sealing the

24   entire testimony of any party.  The closing of the hearing, and the sealing of transcripts of any

25   testimony, shall be as limited as possible.  To that end, and to minimize the opening and closing

26   of the hearing, the parties shall make every attempt to cluster all questions covering the subject

                                                1

matter of the protective order.

Respondent's counsel also raised the issue of possible conflict between the protective order and the rights of victims to be present during this proceeding.  By April 12, 2007, respondent shall file a concise brief addressing this issue.  By April 18, 2007, petitioner shall file any response.  If necessary, the parties may argue the issue before the evidentiary hearing begins on April 23, 2007.

DATED:  April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

osbandpreevihrgsts.or

2