DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:   Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
2626 Harrison Street
Oakland, California 94612
Telephone:   510-839-9230

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, San Quentin State Prison,<br><br>  Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO PAY WITNESS FEES** |

Pursuant to 28 U.S.C. section 1825(b)(1), the assistant federal defender assigned to this case has certified that the following witnesses appeared as non-expert fact witnesses on behalf of the petitioner, who has been authorized to proceed in forma pauperis: F. Vincent O'Brien, Richard L. Reese, Jr., Leonard James, Shawn Patrick Flynn, Jaimie Breaux, Eric Gibson, Michael Clark, and William J. Thomas.  Therefore, the witness fees and mileage certified on the witnesses' vouchers should be paid by the United States Marshal.

IT IS SO ORDERED

DATED:  May 10, 2007.

_____
U.S. MAGISTRATE JUDGE