IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

JOHN STOKES,
Acting Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

The court's September 20, 2007 order required court reporter Patricia Hernandez to provide courthouse court reporter Kelly O'Halloran with the hard drive from the steno machine used during the May 2, 2007 evidentiary hearing in this matter. She has not done so. Accordingly, IT IS HEREBY ORDERED as follows:

    1.    By 5:00 p.m. on September 28, 2007, Ms. Hernandez shall provide the court with a letter explaining why she was unable to comply with the court's September 20 order and when she will provide the hard drive to Ms. O'Halloran. The letter shall be submitted by facsimile copy to the undersigned at (916) 491-3995. The original copy of the letter shall be submitted by U.S. mail.

/////

1

1    2.    In addition to normal service of this order upon counsel for petitioner and
2          counsel for respondent, the Clerk of the Court is directed to serve it upon
3          Patricia A. Hernandez, Diamond Court Reporters, 1107 2nd Street, #210,
4          Sacramento, CA 95814 by U.S. mail and by fax at (916) 442-2783.
5  DATED: September 27, 2007.

_____
U.S. MAGISTRATE JUDGE

osband transcript sts.or2