DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:   Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
2626 Harrison Street
Oakland, California 94612
Telephone:   510-839-9230

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LANCE IAN OSBAND, | ) NO. CIV-S-97-0152 WBS KJM |
|---|---|
| Petitioner, | ) **CAPITAL CASE** |
| v. | ) |
| WARDEN, San Quentin State Prison, | ) **ORDER ON PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE BRIEF ON SEALED TRANSCRIPTS, ETC.** |
| Respondent. | ) |

Petitioner has requested a one-week extension of time to file a brief regarding sealing portions of the evidentiary hearing transcript and exhibits. Pursuant to this Court's order filed October 25, 2007, the brief is due December 3, 2007. Petitioner has informed the court that Respondent does not oppose the request. GOOD CAUSE appearing, Petitioner's request is GRANTED. Petitioner shall file his brief on or before December 10, 2007.

IT IS SO ORDERED

DATED: December 3, 2007.

_____
U.S. MAGISTRATE JUDGE