IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, ) | NO. CIV-S-97-0152 WBS KJM |
| ) | |
| Petitioner, ) | **CAPITAL CASE** |
| ) | |
| v. ) | |
| ) | |
| WARDEN, ) | |
| San Quentin State Prison, ) | |
| ) | |
| Respondent. ) | **ORDER** |

Petitioner has requested a four-day extension of time to file Petitioner's amended list of evidentiary hearing transcript passages and exhibits to be sealed. Pursuant to this Court's order filed December 3, 2007, this list is due December 10, 2007. Respondent State does not oppose the request. GOOD CAUSE appearing, Petitioner's request is GRANTED. Petitioner shall file his amended list on or before December 14, 2007.

DATED: December 11, 2007.

_____
U.S. MAGISTRATE JUDGE

Order Extending Time                    1  *Osband v. Warden,* CIV S-97-0152 WBS KJM