IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

JOHN STOKES,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

The transcript of the evidentiary hearing held on May 2, 2007 has been filed with the court. The parties shall meet and confer regarding all errors in the May 2 transcript that they feel are sufficiently important to bring to the court's attention. Within twenty-one days of the filed date of this order, the parties shall file a joint statement describing all stipulated transcription errors and any disputed errors.

DATED: December 17, 2007.

U.S. MAGISTRATE JUDGE

osband may 2 trscrpt.or

1