IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE IAN OSBAND,**<br><br>   Petitioner,<br><br>v.<br><br>**ROBERT L. AYERS, Warden of San Quentin State Prison,**<br><br>   Respondent. | 2:97-cv-00152-WBS-KJM<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITIONER'S BRIEF REGARDING SEALING OF PORTIONS OF THE EVIDENTIARY HEARING TRANSCRIPT AND EXHIBITS** |

GOOD CAUSE SHOWING, the Court grants Respondent's unopposed request for an enlargement of time of twenty (20) days to and including January 23, 2008, to file a response to Petitioner's brief regarding sealing of portions of the evidentiary hearing transcript and exhibits.

DATED: January 7, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1