IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

      Respondent seeks reimbursement for the expenses incurred for his copy of the court reporter's transcript of the evidentiary hearing held April 23 through May 2, 2007. Respondent cites as authority only Local Rule 81-191(k) for this novel proposition. Rule 81-191(k) states that the court will "provide" evidentiary hearing transcripts to petitioner and respondent. The rule does not specify who shall pay for copies of the transcripts. Federal rules require that the United States pay the costs of transcripts in a section 2254 proceeding only for parties proceeding in forma pauperis. 28 U.S.C. §§ 753(f), 1915(c). While the State of California may be experiencing a severe budget deficit, it is not to this court's knowledge proceeding in forma pauperis.

/////

/////

1

1. Accordingly, and good cause appearing, IT IS HEREBY ORDERED that respondent's December 20, 2007 application for payment of expenses is denied.

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

osband exp.or