FILED

JAN 1 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

        Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

        Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

        The parties submitted a joint statement regarding transcription errors in the transcript for the May 2, 2007 evidentiary hearing. The parties agree on the transcription errors and ask that the court reporter submit corrected pages reflecting the stipulated corrections. The parties jointly ask the court reporter to re-read her notes with respect to three possible errors. The corrections and requests for review are all contained in the attached table.

        Good cause appearing, IT IS HEREBY ORDERED as follows:

        1. Within seven days of the filed date of this order, court reporter Patricia Hernandez shall file the following:

        a. Corrected pages reflecting the stipulated corrections listed in the attached table.

1

1       b. A statement regarding whether re-reading the noted passages resulted in
2  any corrections.
3       2. In addition to normal service of this order upon counsel for petitioner and
4  respondent, the Clerk of the Court is directed to serve it upon Patricia A. Hernandez, Diamond
5  Court Reporters, 1107 2nd Street, # 210, Sacramento, CA 95814 by U.S. Mail and by fax at
6  (916) 442-2783.
7  DATED: January 11, 2008.

KIMBERLY J. MUELLER
U.S. MAGISTRATE JUDGE

osband may 2 trnscrpt.or

1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  TIVON SCHARDL, Fla. Bar #73016
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:   916-498-6666
   E-mail:   Tim_Schardl@fd.org
5
   TIM BROSNAN, Bar #75938
6  2626 Harrison Street
   Oakland, California 94612
7  Telephone:   510-839-9230

8  Attorneys for Petitioner
   LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | NO. CIV-S-97-0152 WBS KJM |
| Petitioner, | **CAPITAL CASE** |
| v. | **JOINT STATEMENT REGARDING MAY 2, 2007 TRANSCRIPTION ERRORS** |
| WARDEN, San Quentin State Prison, | |
| Respondent. | |

Pursuant to this Court's order filed December 18, 2007 (Doc. 473), the parties submit the following list of agreed transcript errors. There are no disagreements.

| RT | Problem | Correction |
|---|---|---|
| 920:17 | respective | speculative |
| 924:6 | Petitioner | Respondent |
| 924:22 | Thomson | Thomas |
| 925:12 | Avinal | Avenal |
| 925:23 | " | " |
| 927:4 | [blank line] | [reporter to re-read] |

Joint Statement on 5/2/07 RT Errors            -1-            *Osband v. Warden*, CIV S-97-0152 WBS KJM

| RT | Problem | Correction |
|---|---|---|
| 930:22 | Miss | Ms. |
| 934:4 | It aspired to this Court's that the | [reporter to re-read] |
| 937:24 | Miss | Ms. |
| 938:11-12 | that question is particularly is issued to the jury as to what weight and credibility | the question is one particularly suited to the jury as one of weight and credibility |
| 940:25 | Miss | Ms. |
| 943:10 | MR. CAMPBELL: | THE COURT: |
| 951:22 | Jamie | Jaimie |
| 958:24, 25 | Jaime | Jaimie |
| 966:11-12 | I'm sorry? | THE COURT: I'm sorry? [Reporter to re-read, in light of response of "ma'am" on next line, 13] |
| 966:21 | Miss | Ms. |
| 992:20 | Miss | Ms. |
| 992:21 | Miss | Ms. |
| 995:21, 23 | Miss | Ms. |
| 996:6, 10 | Miss | Ms. |
| 997:20 | Miss | Ms. |

Dated: January 8, 2008

Respectfully submitted,

DANIEL J. BRODERICK  
Acting Federal Defender

/s/ Tivon Schardl  
TIVON SCHARDL  
Assistant Federal Defender

TIM BROSNAN  
Attorney at Law

Attorneys for Petitioner  
LANCE IAN OSBAND

BILL LOCKYER  
Attorney General of the State of California

WARD CAMPBELL  
Supervising Deputy Attorney General

/s/ Stephanie Mitchell (as authorized on 1/8/08)  
STEPHANIE MITCHELL  
Deputy Attorney General

Attorneys for Respondent  
WARDEN OF SAN QUENTIN STATE PRISON