IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>                               Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, Warden of San Quentin State Prison,<br><br>                               Respondent. | 2:97-cv-00152-WBS-KJM<br><br>**DEATH PENALTY CASE**<br><br>**AMENDED ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITIONER'S BRIEF REGARDING SEALING OF PORTIONS OF THE EVIDENTIARY HEARING TRANSCRIPT AND EXHIBITS** |

    GOOD CAUSE SHOWING, the Court grants respondent's request for an enlargement of time of two (2) days to and including January 25, 2008 to file a response to petitioner's brief regarding sealing of portions of the evidentiary hearing transcript and exhibits.

Dated: January 22, 2008.

_____
U.S. MAGISTRATE JUDGE