1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **LANCE IAN OSBAND,**                          2:97-cv-00152-WBS-KJM

12                              Petitioner,         **ORDER**
                                                    **GRANTING  RESPONDENT'S**
13            **v.**                                **UNOPPOSED REQUEST FOR**
                                                    **RELIEF FROM DEFAULT IN**
14   **ROBERT L. AYERS, Warden of San Quentin State  FILING RESPONDENT'S**
     Prison,**                                      **PLEADING: PETITIONER'S**
15                                                  **SUPPLEMENTAL LIST OF**
                             Respondent.            **EXCERPTS OF TESTIMONY**
16                                                  **AND EXHIBITS TO BE**
                                                    **SEALED**
17

18

19        FOR GOOD CAUSE SHOWN, the court grants respondent's unopposed request for relief from

20   default in filing respondent's complete pleading regarding petitioner's supplemental list of excerpts

21   of testimony and exhibits to be sealed.

22   Dated: February 1, 2008.

23

24   _____

25   U.S. MAGISTRATE JUDGE

26

27

28

Order