IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE IAN OSBAND, | ) | NO. CIV-S-97-0152 WBS KJM |
| | ) | **CAPITAL CASE** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, | ) | |
| San Quentin State Prison, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

The parties jointly request changing by 7 calendar days the dates for two related events: first, extending by 7 calendar days the time for filing the petitioner's reply to respondent's brief regarding sealing portions of the evidentiary hearing transcripts and exhibits (Doc. 486), from the current due date of Monday, February 25, 2008, through Monday, March 3, 2008; and second, moving the date for the related hearing, from March 5, 2008, to March 12, 2008.  (See Doc. 492.)

Good cause appearing, the parties' February 12, 2008 joint requests are granted. However, for the court's convenience, the hearing will be continued to March 13, rather than March 12.  Therefore, IT IS HEREBY ORDERED as follows:

    1. The time for filing petitioner's reply is extended to March 3.

    2. The related hearing is re-set for Thursday, March 13, 2008 at 10:00 AM in Courtroom 26 (KJM) before the undersigned, who will hear arguments on the issues raised in the parties' briefs regarding sealing the evidentiary hearing transcript and exhibits.

DATED: February 25, 2008.

_____
U.S. MAGISTRATE JUDGE