DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:        Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
2626 Harrison Street
Oakland, California 94612
Telephone:   510-839-9230

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,  )  NO. CIV-S-97-0152 WBS KJM
                   )
   Petitioner,     )  **CAPITAL CASE**
                   )
   v.              )
                   )  **ORDER ON PETITIONER'S REQUEST FOR**
WARDEN, San Quentin State Prison, )  **EXTENSION OF TIME TO FILE REPLY BRIEF**
                   )
   Respondent.     )
_____)

Petitioner has requested a 3-day extension of time for filing his reply brief to the State's brief regarding sealing.  The State does not oppose the request.  Upon due consideration, and GOOD CAUSE appearing, Petitioner's request is GRANTED.  Petitioner's reply brief shall be filed on or before March 6, 2008.

IT IS SO ORDERED.

DATED: February 28, 2008.

_____
U.S. MAGISTRATE JUDGE

Order for Extending Time           -1-           *Osband v. Warden*, CIV S-97-0152 WBS KJM