IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN,<br>San Quentin State Prison,<br><br>   Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br><br><br><br><br>**ORDER** |

     Petitioner has requested that this Court issue an order: extending by 3 court days the time to file Petitioner's reply to Respondent's pleading re: supplemental list of evidentiary hearing transcript passages and exhibits to be sealed (see Doc. 498); and re-setting the related hearing from March 13, 2008, to Tuesday, March 18, 2008, at 9:30 a.m. (See Doc. 496.) Respondent State does not oppose the request.

     GOOD CAUSE appearing, Petitioner's request is GRANTED, as follows:

     1.    Petitioner shall file his reply to Respondent's pleading re: supplemental list of evidentiary hearing transcript passages and exhibits to be sealed on or before March 11, 2008.

     2.    The related hearing is re-set for Tuesday, March 18, 2008, at 9:30 a.m. in Courtroom 26 (KJM) before the undersigned, who will hear arguments on the issues raised in the parties' briefs regarding sealing the evidentiary hearing transcript and exhibits.

     IT IS SO ORDERED.

DATED: March 7, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Extending Time & Re-Setting Hearing   1  *Osband v. Warden,* CIV S-97-0152 WBS KJM