DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:   Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
2626 Harrison Street
Oakland, California 94612
Telephone:   510-839-9230

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | NO. CIV-S-97-0152 WBS KJM |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER ON PETITIONER'S REQUEST FOR LEAVE FROM DEFAULT** |
| Respondent. | |

Petitioner has requested relief from his failure to file a timely reply to the State's arguments regarding the sealing of specific exhibits. Petitioner's counsel stated that the reply regarding exhibits was omitted due to oversight. The complete reply has been filed, although the arguments on exhibits were filed one day late.

Petitioner represents that the State does not oppose the request. Upon due consideration, and GOOD CAUSE appearing, Petitioner's request is GRANTED.

IT IS SO ORDERED.

DATED: March 24, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Relieving Default                    -1-                    *Osband v. Warden*, CIV S-97-0152 WBS KJM