IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE IAN OSBAND, | ) | NO. CIV-S-97-0152 WBS KJM |
| | ) | **CAPITAL CASE** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, | ) | |
| San Quentin State Prison, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

The parties jointly request changing by 14 calendar days the date for filing the parties' joint statement regarding exhibits admitted at the evidentiary hearings, from the current due date of Friday, March 28, 2008, through Friday, April 11, 2008.

Good cause appearing, the parties' joint request is granted. The time for filing the parties' joint statement is extended to April 11, 2008.

IT IS SO ORDERED.

DATED: April 1, 2008
    *nunc pro tunc*
    to March 28, 2008.

_____
U.S. MAGISTRATE JUDGE