IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

The parties submitted a joint statement regarding errors in the court's May 2, 2007 Evidentiary Hearing Exhibit and Witness List (docket # 425). Good cause appearing, IT IS HEREBY ORDERED that the summary of admitted exhibits listed on page 4 of docket #425 shall be amended as follows:

    1. The following exhibits shall be added to the list of petitioner's admitted exhibits: B, C, GGG, KKKK, LLLL, MMMM, and NNNN.

    2. Exhibits in the list of petitioner's admitted exhibits which are currently identified as GGG1-GGG19 shall be modified to read GGGG1-GGGG19.

DATED: April 15, 2008.

U.S. MAGISTRATE JUDGE

osband am ex list.or