IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, ) | NO. CIV-S-97-0152 WBS KJM |
| ) | |
| Petitioner, ) | **CAPITAL CASE** |
| ) | |
| v. ) | |
| ) | |
| WARDEN, San Quentin State Prison, ) | |
| ) | |
| Respondent. ) | **ORDER** |

Petitioner requests an extension of time to file a request for reconsideration of this Court's Order, dated June 13, 2008. See Doc. 513. Respondent opposes this request.

Good cause appearing, Petitioner's request is granted. The time for filing Petitioner's request for reconsideration is extended through July 17, 2008.

DATED: June 30, 2008.

_____
U.S. MAGISTRATE JUDGE