1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   TIVON SCHARDL, Fla. Bar #73016
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone:   916-498-6666
    E-mail:       Tim_Schardl@fd.org
5
    TIM BROSNAN, Bar #75938
6   1116 Guerrero Street
    San Francisco, California  94110
7   Telephone:   415-285-5417

8   Attorneys for Petitioner
    LANCE IAN OSBAND
9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  LANCE IAN OSBAND,                ) NO. CIV-S-97-0152 WBS KJM
                                     )
15              Petitioner,          ) **CAPITAL CASE**
                                     )
16      v.                           )
                                     ) **STIPULATION AND ~~PROPOSED~~ ORDER**
17                                   ) **CONTINUING TO DECEMBER 1, 2008 THE**
                                     ) **HEARING ON PETITIONER'S REQUEST FOR**
18  WARDEN, San Quentin State Prison,) **RECONSIDERATION**
                                     )
19                                   )
                Respondent.          )
20  _____)

21          COME NOW, the parties, by and through their respective undersigned counsel, and

22  respectfully request that this Court continue to December 1, 2008, the hearing on Petitioner's request for

23  reconsideration.

24          The Court set the hearing for November 24, 2008.  Petitioner's counsel had previously

25  scheduled a deposition in another capital habeas corpus case for that day.  The deposition is of an expert

26  witness who resides outside the District, and is part of an ongoing evidentiary hearing in *Frye v. Warden*,

27  CIV S-99-0628 LKK KJM.  It is not a discovery deposition, but a deposition in lieu of live testimony.

28

1   Dated:  November 18, 2008

2                                    Respectfully submitted,

3   DANIEL BRODERICK                          EDMUND G. BROWN JR.
    Federal Defender                          Attorney General of the State of California

4
     /s/ Tivon Schardl                        /s/ Ward A. Campbell (authorized on 11/12/08)
5   TIVON SCHARDL                             WARD A. CAMPBELL
    Assistant Federal Defender                Supervising Deputy Attorney General

6
     /s/ Tim Brosnan
7   TIM BROSNAN                               STEPHANIE MITCHELL
    Attorney at Law                           Deputy Attorney General

8

9   Attorneys for Petitioner                  Attorneys for Respondent

10  LANCE IAN OSBAND                          Robert L. Ayres,
                                              Warden of San Quentin State Prison

11

12                              **IT IS SO ORDERED**.

13          With the agreement of counsel, hearing on Petitioner's request for reconsideration is

14  continued to **December 15, 2008 at 2:00 p.m.**

15

16  Dated:  November 18, 2008

17

18  _____
    WILLIAM B. SHUBB
19  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stip & Order Continue Hearing              -2-              *Osband v. Warden*, CIV S-97-0152 WBS KJM