IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE IAN OSBAND, | ) | NO. CIV-S-97-0152 WBS KJM |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, San Quentin State Prison, | ) | |
| | ) | |
| Respondent. | ) | **ORDER** |

Petitioner requests a 30 day extension of time from February 26, 2009 through and including March 30, 2009 to file a statement or other responsive pleading as required by this Court's Order, dated February 6, 2009. See Doc. 530. Respondent does not oppose this request.

Good cause appearing, petitioner's request is granted. The time for filing petitioner's statement or other responsive pleading is extended through March 30, 2009.

DATED: February 23, 2009.

_____
U.S. MAGISTRATE JUDGE