1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  TIVON SCHARDL, Fla. Bar #73016
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:   916-498-6666
   E-mail:   Tim_Schardl@fd.org

5  TIM BROSNAN, Bar #75938
6  1116 Guerrero Street
   San Francisco, California  94110
7  Telephone:   415-285-5417

8  Attorneys for Petitioner
   LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>  Petitioner,<br><br>   v.<br><br>WARDEN, San Quentin State Prison,<br><br>  Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br>**ORDER ON PETITIONER'S THIRD REQUEST FOR EXTENSION OF TIME TO SUBMIT JUSTIFICATION FOR SEALING PORTIONS OF THE EVIDENTIARY HEARING RECORD** |

Petitioner has made a third request for additional time to submit his filing regarding the portions of the evidentiary hearing record he seeks to have retained under seal. Petitioner requests that the time be extended from April 18 to April 24, 2009. Counsel for respondent has authorized Petitioner's counsel to state that there is no opposition to the Court granting the request. Petitioner supported the request with a showing of GOOD CAUSE. Wherefore, Petitioner's request is GRANTED. Petitioner's filing is due no later than April 24, 2009.

DATED:  April 21, 2009.

_____
U.S. MAGISTRATE JUDGE

*Osband v. Warden*, CIV S-97-0152 WBS KJM