IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE IAN OSBAND, | ) | NO. CIV-S-97-0152 WBS KJM |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, San Quentin State Prison, | ) | |
| | ) | |
| Respondent. | ) | **ORDER** |

Petitioner requests a one-court day extension of time from April 24, 2009 through and including April 27, 2009 to file a statement or other responsive pleading as required by this Court's Order, dated April 22, 2009. Doc. 538; see Doc. 530. Respondent does not oppose this request.

Good cause appearing, petitioner's request is granted. The time for filing petitioner's statement or other responsive pleading is extended through April 27, 2009.

DATED: April 28, 2009.
 *Nunc pro tunc to April 27, 2009*

U.S. MAGISTRATE JUDGE