IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT K. WONG,[1]
Acting Warden of San Quentin State Prison,
    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

Respondent seeks an extension of time to file his responsive pleading to petitioner's statement filed pursuant to this Court's order filed February 6, 2009. Petitioner does not oppose the extension. Good cause appearing, respondent's June 11, 2009 request for an extension of time (as amended June 12, 2009) is granted. By July 17, 2009, respondent shall file his responsive pleading to petitioner's statement filed pursuant to this Court's order filed February 6, 2009.

DATED: June 17, 2009.

                                U.S. MAGISTRATE JUDGE

---

[1] Pursuant to FRCP 25(d), Robert K. Wong is substituted as respondent in this matter.

1