IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

ROBERT K. WONG,
Acting Warden of San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS KJM

DEATH PENALTY CASE

ORDER

The court grants respondent's August 24, 2009 unopposed request for relief from default in filing respondent's responsive statement to petitioner's statement pursuant to this court's order of February 6, 2009.

DATED: August 31, 2009.

_____
U.S. MAGISTRATE JUDGE

osband eot.or