IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE IAN OSBAND, | ) | NO. CIV-S-97-0152 WBS KJM |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, San Quentin State Prison, | ) | |
| | ) | |
| Respondent. | ) | **ORDER** |

Petitioner requests a 30 court day extension of time from September 3, 2009 through and including October 5, 2009 to file a reply as required by this Court's Order, dated February 6, 2009. Doc. 530. Respondent does not oppose this request.

Good cause appearing, petitioner's request is granted. The time for filing petitioner's reply is extended through October 5, 2009.

DATED: August 31, 2009.

_____
U.S. MAGISTRATE JUDGE