DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:     916-498-6666
E-mail:        Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco, California  94110
Telephone:     415-285-5417

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | NO. CIV-S-97-0152 WBS KJM<br><br>**CAPITAL CASE**<br><br>**ORDER EXTENDING TIME** |

This matter is before the Court on Petitioner's second request to extend the time for filing his reply to Respondent's response regarding the lines of hearing transcript that should remain under seal. Petitioner seeks an additional 30 days due to the press of other work. Respondent does not oppose the request. The Court finds Petitioner's request is supported by good cause, and should be GRANTED. Petitioner shall file his reply on or before November 4, 2009.  IT IS SO ORDERED.

Dated: October 5, 2009.

_____
U.S. MAGISTRATE JUDGE