IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,                    No. CIV S-97-0152 WBS KJM

    vs.                                    DEATH PENALTY CASE

ROBERT K. WONG,
Acting Warden of San
Quentin State Prison,
    Respondent.                  ORDER

        Petitioner is advised that all papers filed with the court shall be signed by his attorney of record. Fed. R. Civ. P. 11(a). The court cannot accept communications directly from a party represented by counsel. Accordingly, the "Request for Status" filed by petitioner on August 2, 2010 shall be disregarded.

        The Clerk of the Court is directed to serve a copy of this order upon petitioner by U.S. mail.

DATED: August 14, 2010.

_____
U.S. MAGISTRATE JUDGE

osband pro per filing.or

1