IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,    No. CIV S-97-0152 WBS GGH (TEMP)

    vs.    DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.    ORDER
_____/

    The Clerk of the Court is directed to serve by United States mail a copy of the sealed order dated December 20, 2010 (doc. no. 576) on counsel for respondent.

DATED: January 13, 2011

    /s/ Gregory G. Hollows
    _____
    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

osband seal serv.or

1