IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-97-0152 WBS GGH (TEMP)

DEATH PENALTY CASE

ORDER

Both parties seek an extension of time to file motions for reconsideration of the court's December 20, 2010 order. Good cause appearing, the parties' January 12, 2011 Joint Request for Enlargement of Time is granted. Motions for reconsideration of the December 20, 2010 Order shall be filed by January 27, 2011.

DATED: January 14, 2011

    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

osband mtn recon eot.or