IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,                    No. CIV S-97-0152 KJM

  vs.                            DEATH PENALTY CASE

WARDEN, San
  Quentin State Prison,

    Respondent.               ORDER

        Pursuant to the December 20, 2010 Order, the parties have met and conferred and filed a joint statement proposing a method for identifying portions of the evidentiary hearing exhibits that should remain sealed. (Doc. No. 585.) The court finds the parties' suggested procedure acceptable. According, IT IS HEREBY ORDERED as follows:

        1. Petitioner's counsel shall load all evidentiary hearing exhibits into trial presentation software. Petitioner's counsel will then digitally highlight those sections of each exhibit petitioner requests the court retain under seal. By February 28, 2011, petitioner's counsel shall send to respondent's counsel digital files containing the highlighted exhibits in .pdf format.

        2. Before March 31, 2011, the parties shall meet and confer to identify their agreements and disagreements regarding the sections of the exhibits to remain sealed.

/////

3. By March 31, 2011, the parties shall file a joint statement identifying and explaining their agreements and disagreements regarding the sections of the exhibits to remain sealed. The joint statement shall be accompanied by copies of the highlighted exhibits.

DATED: February 1, 2011.

_____
UNITED STATES DISTRICT JUDGE

osband evi ex seal.or