Kamala D. Harris, State Bar No. 146672
Attorney General of California
Stephanie A. Mitchell, State Bar No. 197868
Supervising Deputy Attorney General
Ward A. Campbell, State Bar No. 88555
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5251
 Fax: (916) 322-2368
 E-mail: Ward.Campbell@doj.ca.gov
*Attorneys for Respondent*

Daniel Broderick, State Bar No. 89424
Federal Defender
Tivon Schardl, Fla. Bar #73016
Trial & Habeas Attorney
 801 I Street, 3rd Floor
 Sacramento, CA 95814
 Telephone: (916) 498-6666
 E-mail: Tim_Schardl@fd.org

Tim Brosnan, State Bar No. 75938
Attorney at Law
 1116 Guerrero Street
 San Francisco, CA 94110
 Telephone: (415) 285-5417
 E-mail: brosnant@pacbell.net
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE IAN OSBAND,**<br><br>Petitioner,<br><br>v.<br><br>**ARTHUR CALDERON,**<br><br>Respondent. | Case No. 2:97-cv-152 KJM<br><br>**DEATH PENALTY CASE**<br><br>**ORDER VACATING DEADLINE FOR SEEKING RECONSIDERATION OF 12/20/10 ORDER** |

This matter is before the Court on the parties' joint request to seek clarification on discrete portions of the December 20, 2010, order and vacate the deadline for seeking reconsideration of that order. The Court finds the February 1, 2011 request to vacate the deadline for seeking reconsideration is supported by GOOD CAUSE and is GRANTED. The deadline for seeking

1

reconsideration shall be twenty-one (21) days after the Court acts on the parties' joint request for clarification.

IT IS SO ORDERED.

Dated: February 3, 2011.

                                                _____
UNITED STATES DISTRICT JUDGE