DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:   Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco, California  94110
Telephone:   415-285-5417

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　　　　Respondent.<br>_____ | NO. CIV-S-97-0152 KJM<br><br>**CAPITAL CASE**<br><br>**ORDER EXTENDING TIME** |

　　　　This matter is before the Court on petitioner's request to extend two deadlines. The first is the date for completing review of exhibits and providing highlighted PDF files of those petitioner seeks to have sealed. The second is the date for seeking reconsideration of the order filed December 20, 2010, and clarified on February 22, 2011. Petitioner's counsel have completed review of 46 out of 72 exhibits. Petitioner's counsel cite the press of work in other cases as grounds for seeking additional time. The request is unopposed. Being fully informed of the circumstances, the Court finds the request is supported by GOOD CAUSE, and should be GRANTED.

////

Order Granting Extension　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Osband v. Warden*, CIV S-97-0152 KJM

No later than April 20, 2011, petitioner's counsel shall complete review of the exhibits and file any request for reconsideration.

IT IS SO ORDERED.

Dated: March 2, 2011.

_____
UNITED STATES DISTRICT JUDGE