IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

    Petitioner,   No. CIV S-97-0152 KJM

  vs.   DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.   ORDER

    By April 28, 2011, each party shall file a brief on the impact of *Cullen v. Pinholster*, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011), on these proceedings and, in particular, on the issue of sealing portions of the evidentiary hearing transcript and exhibits and on this court's consideration of the claims that were the subject of the evidentiary hearing.

DATED:  April 13, 2011.

                      UNITED STATES DISTRICT JUDGE

osband pin.or