DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:   Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco, California  94110
Telephone:   415-285-5417

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | NO. CIV-S-97-0152 KJM |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER EXTENDING TIME** |
| Respondent. | |

This matter is before the Court on petitioner's request to extend until May 19, 2011, the time for filing the briefs ordered on April 13, 2011. Petitioner's counsel cite the press of work in other cases as grounds for seeking additional time. Respondent filed a statement of non-opposition to the request. Being fully informed of the circumstances, the Court finds the request is supported by GOOD CAUSE, and should be GRANTED. No later than May 19, 2011, the parties shall file the briefs directed in the Court's April 13 Order.

////

////

Order Granting Extension                                                                                                *Osband v. Warden*, CIV S-97-0152 KJM

1  Because decision on the issues raised by <u>Pinholster</u> may have an effect on the pending sealing issues, the May 4, 2011 deadline for petitioner to complete review of the exhibits and file any request for reconsideration of the December 20, 2010 order is vacated.

IT IS SO ORDERED.

DATED: April 28, 2011.

_____
UNITED STATES DISTRICT JUDGE