IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>                                    Petitioner,<br><br>      v.<br><br>ARTHUR CALDERON,<br><br>                                    Respondent. | Case No. No. 2:97-cv-0152 KJM<br><br>**DEATH PENALTY CASE**<br><br><br>ORDER |

Respondent has requested a continuance of the hearing currently set for June 29, 2011, to August 10, 2011. Petitioner does not oppose.

Good cause appearing, IT IS ORDERED that the hearing regarding the impact of *Cullen v. Pinholster* on these proceedings is continued to August 10, 2011 at 10:00 a.m.

Dated: June 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

1

Order (No. 2:97-cv-0152 KJM)