1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  TIVON SCHARDL, Fla. Bar #73016
   Trial & Habeas Counsel
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:    916-498-6666
   E-mail:       Tim_Schardl@fd.org
5
   TIM BROSNAN, Bar #75938
6  1116 Guerrero Street
   San Francisco, California  94110
7  Telephone:    415-285-5417

8  Attorneys for Petitioner
   LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | NO. CIV-S-97-0152 KJM |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| | **ORDER CONTINUING HEARING** |
| WARDEN, San Quentin State Prison, | |
| Respondent. | |

The parties jointly request that the hearing scheduled for August 10, 2011, be continued to August 31, 2011. The same day this Court scheduled the hearing, the Court of Appeals scheduled oral argument in two cases in which counsel in this case also represent the parties. Accordingly, the hearing is continued to August 31, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 29, 2011.

_____
UNITED STATES DISTRICT JUDGE