IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | No. CIV S-97-0152 KJM |
| Petitioner, | |
| vs. | ORDER |
| ARTHUR CALDERON, | **DEATH PENALTY CASE** |
| Respondent. | |
| _____/ | |

Respondent has requested a continuance of the hearing currently set for September 20, 2011, to October 11, 2011.  Petitioner does not oppose.

Good cause appearing, IT IS SO ORDERED that the hearing regarding the impact of *Cullen v. Pinholster* on these proceedings be continued to October 11, 2011, at 2:00 p.m.

DATED: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

1