DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:        Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco, California  94110
Telephone:   415-285-5417

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

        Petitioner,

  v.

WARDEN, San Quentin State Prison,

        Respondent.

NO. CIV-S-97-0152 KJM

**CAPITAL CASE**

**ORDER EXTENDING TIME**

This matter is before the Court on petitioner's first unopposed request to extend the deadline set forth in the order filed January 19, 2012, see Doc. 617, by sixty days, i.e., through May 15, 2012, the time for petitioner to file his opening brief regarding application of § 2254(d) to Claims I, V, IX, and XX, which is currently due March 16, 2012.  See Doc. 617 at 1:21-26.  Petitioner cites the press of other work in capital cases.  Being fully informed of the circumstances, the Court finds the request is supported by GOOD CAUSE, and is GRANTED.

DATED:  March 13, 2012.

_____
UNITED STATES DISTRICT JUDGE

1