DANIEL BRODERICK, Bar #89424
Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
E-mail:      Tim_Schardl@fd.org

TIM BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco, California  94110
Telephone:   415-285-5417

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | NO. CIV-S-97-0152 KJM<br><br>**CAPITAL CASE**<br><br>**ORDER EXTENDING TIME** |

This matter is before the Court on petitioner's request to extend until July 3, 2012, the time for filing the opening brief regarding application of § 2254(d) to claims I, V, IX and XX.  Petitioner's counsel cite a sudden obligation in another case as grounds for seeking additional time.  Counsel for Respondent advised there would be no opposition to this request.  Being fully informed of the circumstances, the Court finds the request is supported by GOOD CAUSE, and should be GRANTED.  No later than July 3, 2012, petitioner shall file the opening brief regarding application of § 2254(d) to claims I, V, IX and XX.

IT IS SO ORDERED.

DATED: June 13, 2012.

_____
UNITED STATES DISTRICT JUDGE