1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  TIVON SCHARDL, Fla. Bar #73016
   Trial & Habeas Counsel
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:    916-498-6666
   E-mail:       Tim_Schardl@fd.org
5
   TIM BROSNAN, Bar #75938
6  1116 Guerrero Street
   San Francisco, California  94110
7  Telephone:    415-285-5417

8  Attorneys for Petitioner
   LANCE IAN OSBAND
9
                       IN THE UNITED STATES DISTRICT COURT
10
                      FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12 LANCE IAN OSBAND,                         )   NO. CIV-S-97-0152 KJM
                                             )
13                                           )   **CAPITAL CASE**
                       Petitioner,           )
14                                           )
         v.                                  )
15                                           )   **ORDER EXTENDING TIME**
                                             )
16 WARDEN, San Quentin State Prison,         )
                                             )
17                                           )
                       Respondent.           )
18 _____    )

19      This matter is before the Court on petitioner's request to extend until July 3, 2012, the time for

20 filing the opening brief regarding application of § 2254(d) to claims I, V, IX and XX.  Petitioner's counsel

21 cite a sudden obligation in another case as grounds for seeking additional time.  Counsel for Respondent

22 advised there would be no opposition to this request.  Being fully informed of the circumstances, the

23 Court finds the request is supported by GOOD CAUSE, and should be GRANTED.  No later than July 3,

24 2012, petitioner shall file the opening brief regarding application of  § 2254(d) to claims I, V, IX and XX .

25      IT IS SO ORDERED.

26 DATED: June 13, 2012.

27
                                              _____
28                                            UNITED STATES DISTRICT JUDGE

Order Granting Extension                                      *Osband v. Warden*, CIV S-97-0152 KJM