IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE IAN OSBAND,** | Case No. No. 2:97-cv-0152 KJM |
| Petitioner, | **CAPITAL CASE** |
| v. | **ORDER MODIFYING BRIEFING SCHEDULE (Dkt. No. 614)** |
| **ARTHUR CALDERON,** | |
| Respondent. | |

For GOOD CAUSE SHOWN, Respondent's **unopposed** request to modify this Court's October 19, 2011, order setting briefing schedule is GRANTED.

No later than October 1, 2012, Respondent shall file an answer brief to Petitioner's opening brief addressing the application of § 2254(d) to claims I, V, IX, and XX.

No later than November 30, 2012, petitioner shall file any reply.

IT IS SO ORDERED.

DATED: July 11, 2012.

_____
UNITED STATES DISTRICT JUDGE