IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE IAN OSBAND,** <br><br> Petitioner, <br><br> v. <br><br> **KEVIN CHAPPELL, Warden, San Quentin State Prison,** <br><br> Respondent. | Case No. No. 2:97-cv-0152 KJM <br><br> **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONDENT'S BRIEF ON THE APPLICATION OF 28 U.S.C. § 2254(d) TO CLAIMS, I, V, IX AND XX** |

GOOD CAUSE SHOWING, respondent's unopposed motion (Dkt. No. 647) for a sixty-three (63) day extension of time to and including April 2, 2013 to file respondent's brief on the application of 28 U.S.C. § 2254(d) to claims I, V, IX, and XX is granted.

DATED: January 23, 2013.

_____
UNITED STATES DISTRICT JUDGE

Order (No. 2:97-cv-0152 KJM)