UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | No. 2:97-cv-00152 KJM |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Respondent seeks an extension of time to file his brief on the application of 28 U.S.C. § 2254(d) to Claims I, V, IX, and XX. Within five days of the filed date of this order, petitioner shall file a response.

DATED: July 30, 2013.

_____
UNITED STATES DISTRICT JUDGE

1