UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:97-cv-00152 KJM<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Respondent seeks an extension of time to file his brief on the application of 28 U.S.C. § 2254(d) to Claims I, V, IX, and XX.  Within five days of the filed date of this order, petitioner shall file a response.

DATED: July 30, 2013.

_____
UNITED STATES DISTRICT JUDGE

1