UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | No. 2:97-cv-00152 KJM |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

FOR GOOD CAUSE SHOWN, the court grants respondent's October 2, 2013 request for relief from one-day default in filing respondent's opposition to petitioner's opening brief regarding the application of 28 U.S.C. section 2254(d) to Claims I, V, IX and XX.

DATED: October 8, 2013.

_____
UNITED STATES DISTRICT JUDGE