EATHER E. WILLIAMS, SB#122664
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: tim_schardl@fd.org

TIM BROSNAN, Bar #75938
P.O.B. 2294
Mill Valley, CA 94941
Telephone: (415) 962-7967

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>           Petitioner,<br><br>      vs.<br><br>WARDEN of San Quentin State Prison,<br><br>           Respondent. | Case No. 2:97-CV-0152-KJM<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Petitioner seeks an extension of time for filing his reply to Respondent's answer brief regarding the application of 28 U.S.C. § 2254(d) to claims I, V, IX and X. Petitioner's brief is due December 1, 2013. Petitioner seeks an extension to February 28, 2014. Respondent does not oppose the request. The court, being fully informed in the matter, finds the request is supported by GOOD CAUSE and should be GRANTED. Petitioner shall file his reply brief no later than February 28, 2014.

DATED: November 26, 2013.

_____
UNITED STATES DISTRICT JUDGE