HEATHER E. WILLIAMS, SB#122664
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916/498-6666
Facsimile:  916/498-6656
E-mail:  tim_schardl@fd.org

TIM BROSNAN, Bar #75938
P.O.B. 2294
Mill Valley, CA 94941
Telephone: (415) 962-7967

Attorneys for Petitioner
LANCE IAN OSBAND

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | Case No. 2:97-CV-0152-KJM |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | ORDER |
| WARDEN of San Quentin State Prison, | |
| Respondent. | |

Petitioner seeks a third extension of time for filing his reply to Respondent's answer brief regarding the application of 28 U.S.C. § 2254(d) to claims I, V, IX and X.  Pursuant to the court's order granting, Petitioner's second request the reply brief is due April 29, 2014.  His counsel state the press of work on other cases makes the extension necessary.  Respondent does not oppose the request.  The court, being fully informed in the matter, finds the request is supported by GOOD CAUSE and should be GRANTED.

Petitioner shall file his reply brief no later than June 28, 2014.

///

///

1          IT IS SO ORDERED.

2    DATED:        April 30, 2014.

3

4                                        _____
5                                        UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28