HEATHER E. WILLIAMS, SB#122664
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: tim_schardl@fd.org

TIM BROSNAN, Bar #75938
P.O.B. 2294
Mill Valley, CA 94941
Telephone: (415) 962-7967

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN of San Quentin State Prison,<br><br>　　　　　　Respondent. | Case No. 2:97-CV-0152-KJM<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Petitioner seeks a seventh extension of time for filing his reply to Respondent's answer brief regarding the application of 28 U.S.C. § 2254(d) to claims I, V, IX and X. Pursuant to the court's order granting Petitioner's sixth request the reply brief is due October 8, 2014. Petitioner's counsel state illness and the press of work on other cases makes the extension necessary. Respondent does not oppose the request. The court, being fully informed in the matter, finds the request is supported by GOOD CAUSE and should be GRANTED.

Petitioner shall file his reply brief no later than November 22, 2014.

///

///

1      IT IS SO ORDERED.

2 DATED: October 6, 2014.

                                  UNITED STATES DISTRICT JUDGE

Osband 2254d reply.eot7