HEATHER E. WILLIAMS, SB#122664
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile:  916/498-6656
E-mail: tim_schardl@fd.org

TIM BROSNAN, Bar #75938
P.O.B. 2294
Mill Valley, CA 94941
Telephone: (415) 962-7967

Attorneys for Petitioner
LANCE IAN OSBAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN of San Quentin State Prison,<br><br>    Respondent. | Case No. 2:97-CV-0152-KJM<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Petitioner seeks a twelfth extension of time for filing his reply to Respondent's answer brief regarding the application of 28 U.S.C. § 2254(d) to claims I, V, IX and X.  Pursuant to the court's order granting Petitioner's eleventh request the reply brief is due March 23, 2015.  Petitioner's counsel cite a family crisis and work on other cases as grounds for failing to complete their work.  Counsel state that they do not anticipate any further requests for time.  Respondent does not oppose the request. The court, being fully informed in the matter, finds the request is supported by **GOOD CAUSE** and should be **GRANTED**.

1  Petitioner shall file his reply brief no later than May 4, 2015.

2  IT IS SO ORDERED.

3  DATED: March 25, 2015.

_____
UNITED STATES DISTRICT JUDGE

Osband 2254d reply.eot12