IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>RON BROOMFIELD,<br>　WARDEN of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 2:97-CV-0152-KJM-KJN<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

　　　The Parties jointly seek an extension of time for filing Objections to the Court's Findings and Recommendations. The court, being fully informed in the matter, finds the request is supported by **GOOD CAUSE** and should be **GRANTED**.

　　　The parties shall file their Objections no later than Monday, January 8, 2024.

　　　IT IS SO ORDERED.

Dated: September 22, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Os152.ord

---

**PROPOSED** Order　　　　　　　　　　1　　　　　　　　Osband v. Warden, 2:97-CV-0152-KJM