IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>               Petitioner,<br><br>  vs.<br><br>RON BROOMFIELD,<br>WARDEN of San Quentin State Prison,<br><br>               Respondent. | Case No. 2:97-CV-0152-KJM-KJN<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

The Parties jointly seek a third extension of time for filing Objections to the Court's Findings and Recommendations.  The Court, being fully informed in the matter, finds the request is supported by GOOD CAUSE and should be GRANTED.

The parties shall file their Objections no later than Monday, March 25, 2024.

IT IS SO ORDERED.

Dated:  January 30, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Os152.eot