UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>        Petitioner,<br><br>   v.<br><br>KEVIN CHAPPELL,<br><br>        Respondent. | No.  2:97-cv-00152 KJM CSK<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

The parties jointly seek a fifth extension of time for filing objections to the Court's findings and recommendations filed September 8, 2023.  (ECF Nos. 707, 719.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The joint request for extension of time (ECF No. 719) is granted; and
2. The parties shall file their objections no later than May 24, 2024.

Dated:  April 15, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Os152.eot(5)

2

1