UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL,<br><br>Respondent. | No. 2:97-cv-00152 KJM CSK<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

The parties jointly seek a sixth extension of time for filing objections to the Court's findings and recommendations filed September 8, 2023. (ECF Nos. 707, 721.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The joint request for extension of time (ECF No. 719) is granted;
2. The parties shall file their objections no later than June 24, 2024; and
3. Any further requests for extensions of time shall be supported by declarations under seal detailing the work of petitioner's counsel and respondent's counsel on this case.

Dated: May 20, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Os152.eot(6)

1