UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 2:97-cv-00152 KJM CSK<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**ORDER** |

　　　Petitioner, Lance Ian Osband, has notified the Court of a change in his confinement from the custody of Chance Andes, Acting Warden of San Quentin Rehabilitation Center, formerly known as San Quentin State Prison, to California State Prison, Sacramento where Jeff Lynch is Warden.

　　　Good cause appearing, IT IS HEREBY ORDERED that Jeff Lynch, Warden of California State Prison, Sacramento is hereby substituted as Respondent in this case.

Dated:  June 5, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Os152.sub2

---

[Proposed] Order　　　　　　　　　　　- 1 -　　　　　　　　　　　*Osband v. Warden*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 2:97-cv-0152-KJM-CSK