UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>Petitioner,<br><br>v.<br><br>JEFF LYNCH, WARDEN,<br><br>Respondent. | No.  2:97-cv-0152 KJM CSK<br><br><br>DEATH PENALTY CASE<br><br>ORDER |

Petitioner, through counsel, applied for an order sealing a confidential declaration submitted to this Court in support of the request for extension of time to file objections.  Good cause appearing, petitioner's request to seal the confidential declaration is granted.

Also pending is petitioner's eleventh and unopposed motion for an extension of time to file objections to the Court's findings and recommendations filed September 8, 2023.  (ECF Nos. 707, 738.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's eleventh motion for an extension of time (ECF No. 738) is granted;

2. Petitioner's objections are due on or before November 22, 2024;

3. Any further requests for extension of time shall be supported by a declaration under seal detailing the work of petitioner's counsel on this case;

4. Petitioner's request to seal the confidential declaration is granted; and

1

5. The Clerk of the Court shall file under seal the confidential declaration submitted by petitioner's counsel on October 17, 2024 in support of the eleventh request for extension of time to file objections.

Dated: October 22, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Os152.eot(11)

2