UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF LYNCH, WARDEN,<br><br>    Respondent. | No.  2:97-cv-0152 KJM CSK<br><br>DEATH PENALTY CASE<br><br>ORDER |

      Petitioner, through counsel, applied for an order sealing a confidential declaration submitted to this Court in support of the request for extension of time to file objections.  Good cause appearing, petitioner's request to seal the confidential declaration is granted.

      Also pending is petitioner's sixteenth and unopposed motion for an extension of time to file objections on or before April 23, 2025 to the Court's findings and recommendations filed September 8, 2023.  (ECF Nos. 707, 754.)  The Court will grant petitioner's sixteenth unopposed motion for an extension of time.

      In the interests of justice, which includes the Court's responsibility to ensure cases are completed in a timely manner and which is heightened due to this district court's extremely high caseload, the Court is not inclined to continue to grant additional extensions of time to file objections to the Court's September 8, 2023 findings and recommendations.  Objections to the Court's September 8, 2023 findings and recommendations were originally due on October 8,

1

2023. The Court has now granted sixteen unopposed extensions of time by petitioner to date, for a total of 564 days, which is 1 year, 6 months and 16 days. If an additional extension is requested by petitioner, the petitioner will need to simultaneously schedule an in-person status conference before the expiration of the April 23, 2025 deadline to address in detail why an additional extension of time is warranted and to set a firm timeline for submission of petitioner's objections to the Court's September 8, 2023 findings and recommendations. The petitioner may request sealing this status conference if the requirements for sealing court proceedings are met.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's sixteenth motion for an extension of time (ECF No. 754) is granted;

2. Petitioner's objections are due on or before April 23, 2025;

3. Any further requests for extension of time shall be supported by a declaration under seal detailing the work of petitioner's counsel on this case, and shall require scheduling and holding an in-person status conference before the April 23, 2025 deadline;

4. Petitioner's request to seal the confidential declaration is granted; and

5. The Clerk of the Court shall file under seal the confidential declaration submitted by petitioner's counsel on March 20, 2025 in support of the sixteenth motion for an extension of time to file objections.

Dated: March 24, 2025

*[Signature: Chi Soo Kim]*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Os152.eot(16)/2