UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ, ACTING WARDEN,<br><br>Respondent. | No. 2:97-cv-0152 KJM CSK<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Pending before the Court is petitioner's eighteenth and unopposed motion for a final sixty-day extension of time to file objections to the findings and recommendations filed September 8, 2023. (ECF Nos. 707, 764.) For the following reasons, petitioner is granted a **final** ninety-day extension of time to file objections.

On September 8, 2023, the Court filed findings and recommendations finding that petitioner satisfied the requirements of 28 U.S.C. § 2254(d) for subclaim C of Claim XX of the Amended Petition for Writ of Habeas Corpus. (ECF No. 707.) The Court recommended that Claim I, Claim V, Claim IX, and subclaims A, B, D, E, F and G of Claim XX of the Amended Petition for Writ of Habeas Corpus be dismissed. (Id.) Objections to the September 8, 2023 findings and recommendations were originally due on October 8, 2023. The Court has now granted eighteen unopposed motions for extensions of time by petitioner for a total of 714 days, which is 1 year, 11 months and 13 days.

1

1      The Court has reviewed the confidential declaration submitted by petitioner's counsel in support of the pending motion. Good cause appearing, petitioner is granted a ninety-day extension of time to file objections. No further requests for extensions of time to file objections will be granted as petitioner has been granted adequate time to prepare and file his objections.

      Petitioner, through counsel, also applied for an order sealing a confidential declaration submitted to this Court in support of the motion for extension of time to file objections. Good cause appearing, petitioner's request to seal the confidential declaration is granted.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's eighteenth motion for an extension of time to file objections to the findings and recommendations filed September 8, 2023 (ECF No. 764) is granted; no further requests for extension of time will be granted;

      2. Petitioner's objections are due on or before September 21, 2025;

      3. Petitioner's request to seal the confidential declaration is granted; and

      4. The Clerk of the Court shall file under seal the confidential declaration submitted by petitioner's counsel on June 13, 2025 in support of the eighteenth motion for an extension of time to file objections.

Dated: June 17, 2025

                                                   CHI SOO KIM
                                                   UNITED STATES MAGISTRATE JUDGE

Os152.eot(18)/2