UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | No.  2:97-cv-0152 KJM CSK P |
| Petitioner, | |
| v. | **DEATH PENALTY CASE** |
| JASON SCHULTZ, ACTING WARDEN, | ORDER |
| Respondent. | |

On July 3, 2025, the parties submitted a stipulation related to their attempt to reconstruct the document(s) identified in ECF No. 25.  (ECF No. 767.)  In support of the stipulation, on July 3, 2025, petitioner filed a declaration by his paralegal stating that on December 28, 2023, the paralegal visited the Clerk's Office and was unable to locate the document(s) identified in ECF No. 25.  (ECF No. 768.)  After reviewing the stipulation and declaration filed July 3, 2025, this Court requested that Clerk's Office staff attempt to locate the document(s) identified in ECF No. 25.  Clerk's Office staff located the documents identified in ECF No. 25 and electronically attached these documents to the court record at ECF No. 25.  The electronic attachment of the documents identified in ECF No. 25 to the court record renders the stipulation filed July 3, 2025 moot.

///

///

1

Accordingly, IT IS HEREBY ORDERED that the stipulation filed July 3, 2025 (ECF No. 767) is disregarded as moot.

Dated: July 8, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Osband152.ord/2