UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LANCE IAN OSBAND,

               Petitioner,

   vs.

JASON SCHULTZ, (Acting) WARDEN,
California State Prison, Sacramento,

               Respondent.

) Case No. 2:97-cv-00152-TLN-CSK
)
) **<u>DEATH PENALTY CASE</u>**
)
) **ORDER**
)
)
)
)
)
)

Petitioner, through counsel, requested that the Court grant an unopposed ninety (90) day extension of time through Monday, June 1, 2026 in which to confer with counsel for Respondent and file a proposal for how to proceed. Good cause appearing, Petitioner's request for a ninety (90) day extension of time is granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's first motion for extension of time (ECF No. 780) is granted;

2. The time period for filing a Joint Statement with Respondent is hereby extended for ninety (90) days through and including Monday, June 1, 2026

Dated: February 27, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Osband152.eot/2

[Proposed] Order            - 1 -            *Osband v. Warden*
Case No. 2:97-cv-0152-TLN-CSK